UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
SCHENKER AG,                                                   :
                               Plaintiff,         :       NOTICE OF APPEARANCE
:
SOCIETE AIR FRANCE, KONINKLIJKE                                :
(VVP) LUCHTVAART MAATSCHAPPIJ N.V.,                            :       Case No. 14-CV-04711 (JG)
MARTINAIR HOLLAND N.V., CARGOLUX                               :
AIRLINES INTERNATIONAL S.A., NIPPON                            :
CARGO AIRLINES CO., LTD., ALL NIPPON                           :
AIRWAYS CO., LTD., QANTAS AIRWAYS                              :
LIMITED, and SAS CARGO GROUP A/S,                              :
:
                              Defendants.        :
:
---------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Ankur Kapoor of the law firm Constantine Cannon LLP hereby enters his appearance in the above-captioned action on behalf of Defendant All Nippon Airways Co., Ltd.  Mr. Kapoor is admitted to practice before this Court.

        **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance does not waive any rights, claims, or defenses (including but not limited to defenses as to jurisdiction) to which Defendant All Nippon Airways Co., Ltd. may be entitled.  All such rights, claims, and defenses are expressly reserved.

Dated:     October 16, 2014                    Respectfully submitted,

                                                        /s/ Ankur Kapoor_____
                                                        Ankur Kapoor
                                                        Constantine Cannon LLP
                                                         335 Madison Avenue, FL 9
                                                        New York, N.Y. 10017
                                                         (212) 350-2748
                                                         akapoor@constantinecannon.com

                                                         Counsel for Defendant All Nippon Airways
                                                            Co., Ltd.