UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SCHENKER AG,

                      Plaintiff,

          v.

SOCIÉTÉ AIR FRANCE, KONINKLIJKE
LUCHTVAART MAATSCHAPPIJ N.V.,
MARTINAIR HOLLAND N.V.,CARGOLUX
AIRLINES INTERNATIONAL S.A., NIPPON
CARGO AIRLINES CO., LTD., ALL NIPPON
AIRWAYS CO., LTD., QANTAS AIRWAYS
LIMITED, and SAS CARGO GROUP A/S.

                    Defendants.

---------------------------------------------------------------X

**NOTICE OF APPERANCE**

Case No. 14-CV-04711 (JG) (VVP)

## NOTICE OF APPEARANCE OF W. TODD MILLER

     PLEASE TAKE NOTICE that W. Todd Miller, of the law firm Baker & Miller PLLC, appears as counsel of record for Qantas Airways Limited in the above-captioned matter.  Mr. Miller has been admitted pro hac vice by this Court in *In Re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775, a related case. (See Order Granting Motion to Appear Pro Hac Vice, Case No. 1:06-md-01775-JG-VVP, Docket Entry on 03/29/2007).

     PLEASE TAKE FURTHER NOTICE that this Notice of Appearance does not waive any rights, claims or defenses (including but not limited to defenses as to jurisdiction) to which Defendant Qantas Airways Limited may be entitled, but rather all such rights, claims and defenses are expressly reserved.

Dated:  December 5, 2014

Respectfully Submitted:

By: /s/ W. Todd Miller
W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave, NW, Suite 300
Washington, DC 20036
Telephone: 202-663-7820
Facsimile: 202-663-7849
Email: TMiller@bakerandmiller.com

*Counsel for Qantas Airways Limited*