UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHENKER AG, ) | |
| ) | |
| Plaintiff, ) | The Honorable John Gleeson |
| ) | |
| v. ) | Civil Action No. 14 CV 04711 (JG) (VVP) |
| ) | |
| SOCIÉTÉ AIR FRANCE, ) | |
| KONINKLIJKE LUCHTVAART ) | |
| MAATSCHAPPIJ N.V., MARTINAIR ) | |
| HOLLAND N.V., CARGOLUX ) | |
| AIRLINES INTERNATIONAL, S.A., ) | |
| NIPPON CARGO AIRLINES CO., ) | |
| LTD., ALL NIPPON AIRWAYS CO., ) | |
| QANTAS AIRWAYS LIMITED, ) | |
| and SAS CARGO GROUP A/S, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, Schenker AG, through its counsel, dismisses this action against defendant SAS Cargo Group A/S ("SAS"), without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Complaint in this action was filed on August 7, 2014, and SAS was served by agreement of the parties. SAS has not filed or served either an answer or a motion for summary judgment.

Dated: December 5, 2014        Respectfully submitted,

By: /s/James J. Calder
James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212.940.8800
Facsimile:  212.940.8776
Email: james.calder@kattenlaw.com

Sheldon T. Zenner (*pro hac vice*)
Mary Ellen Hennessy (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
Email: sheldon.zenner@kattenlaw.com
       maryellen.hennessy@kattenlaw.com

*Attorneys for Schenker AG*