BEFORE:    VIKTOR V. POHORELSKY                     DATE:    1/15/15
                U.S. MAGISTRATE JUDGE           START TIME:   11:00 a.m.
                                                                           END TIME:    12:00 noon
DOCKET NO.   CV-14-4711                               JUDGE:   JG

CASE NAME:    Schenker AG v. Societe Air France et al

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Premotion

APPEARANCES:    Plaintiff     Mary Ellen Hennessy, Mark Ciani, James Calder
                           Defendant   James Warnot, Jr., Brenda DiLuigi, Elizabeth Raulston

SCHEDULING AND RULINGS:

1.    Argument heard concerning proposed motion to dismiss or to stay.

2.    The following schedule was set for briefing the motion:

      a.    Moving papers to be served by February 12, 2015;
      b.    Opposition papers to be served by March 12, 2015;
      c.    Reply papers to be served by March 26, 2015;
      d.    All papers to be filed in accordance with Judge Gleeson's rules of practice