CIVIL CAUSE FOR CONFERENCE: Fairness Hearing

Before JUDGE: __GLEESON__   DATE: 1/16/2015   TIME: 10:00AM — 10:50AM

Docket Number: 06 MD 1775

TITLE: In Re Air Cargo Shipping Services Antitrust Litigation

Courtroom Deputy: __Ilene Lee__   CR: Sherry Bryant
(Transcript Request Email: Sherry_Bryant@Nyed.uscourts.gov)

APPEARANCES:

FOR PLAINTIFF: _____

FOR PLAINTIFF: (Please see attached list)

FOR DEFENDANT: _____

FOR DEFENDANT: (Please see attached list)

✓ CASE CALLED.

- Fairness hearing held.
- The Court's decision is reserved and will be filed via ECF separately.

## ATTORNEY APPEARANCES FOR THE IN RE AIR CARGO MDL FAIRNESS HEARING

**Date:** **January 16, 2015**

| CLASS PLAINTIFFS: | DEFENDANTS: |
|---|---|
| Robert N. Kaplan, Esq. | David H. Bamberger, Esq. |
| Gregory K. Arenson, Esq. | James V. Dick, Esq. |
| Austin Cohen, Esq. | William P. Sherman, Esq. |
| Howard Sedran, Esq. | Kevin Logue, Esq. |
| Brent Landau, Esq. | Kevin Broughel, Esq. |
| Melinda Coolidge, Esq. | |