UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SCHENKER AG, | ) | |
| | ) | |
| Plaintiff, | ) | The Honorable John Gleeson |
| | ) | |
| v. | ) | Civil Action No. 14 CV 04711 (JG) (VVP) |
| | ) | |
| SOCIÉTÉ AIR FRANCE, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V., MARTINAIR HOLLAND N.V., CARGOLUX AIRLINES INTERNATIONAL S.A., NIPPON CARGO AIRLINES CO., LTD., ALL NIPPON AIRWAYS CO., LTD., QANTAS AIRWAYS LIMITED, and SAS CARGO GROUP A/S, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, Schenker AG, through its counsel, dismisses this action against defendant Cargolux Airlines International S.A. ("Cargolux"), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Complaint in this action was filed on August 7, 2014 and Cargolux was served by agreement of the parties. Cargolux has not filed or served either an answer or a motion for summary judgment.

Dated: February 10, 2015            Respectfully submitted,

By: /s/ James J. Calder

James J. Calder
Mark T. Ciani
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212.940.8800
Facsimile: 212.940.8876
Email: james.calder@kattenlaw.com
          mark.ciani@kattenlaw.com

1

Sheldon T. Zenner (*pro hac vice*)
Mary Ellen Hennessy (*pro hac vice*)
Thomas P. Peabody (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
Email: sheldon.zenner@kattenlaw.com
　　　　maryellen.hennessy@kattenlaw.com
　　　　thomas.peabody@kattenlaw.com

*Attorneys for Schenker AG*