

Katten
KattenMuchinRosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
www.kattenlaw.com

SHELDON T. ZENNER
sheldon.zenner@kattenlaw.com
312.902.5476 direct
312.902.1061 fax

February 23, 2015

The Honorable John Gleeson
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Filed by ECF**

Re:   *Schenker AG v. Société Air France, et. al.*, Case No. 14-cv-04711

Dear Hon. Gleeson:

On behalf of Plaintiff Schenker AG ("Schenker"), I respectfully submit this letter to alert the Court that a motion filed in this case scheduled to be heard on Friday, February 27, 2015 may be rendered moot in the coming days.

ANA and Cargolux Airlines International S.A.'s ("Cargolux") motion to dismiss on the ground of *forum non conveniens* (ECF No. 38) is scheduled to be heard on Friday. Cargolux has been dismissed from the case (ECF No. 51), and we expect that ANA will be dismissed from the case shortly. While ANA may not be dismissed by the time of this Friday's hearing, ANA and Cargolux's motion will be moot once a notice of dismissal is filed.

There is a second motion to dismiss in this case scheduled for oral argument on Friday: Qantas Airway Limited's ("Qantas") motion to dismiss on the ground that the relevant statute of limitations has expired (ECF No. 39). That motion remains on the Court's calendar and will be argued as scheduled.

Respectfully submitted,

Sheldon T. Zenner

Cc: Counsel of Record (by ECF)

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

US 102156897v1 385810-00001 2/23/2015 3:54 PM