# BAKER & MILLER PLLC

SUITE 300
2401 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20037
TELEPHONE: (202) 663-7820
FACSIMILE: (202) 663-7849

March 2, 2015

**VIA ECF**
The Honorable John Gleeson
United States District Court
  for the Eastern District of New York
Chambers 727 S
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Schenker AG v. Société Air France, et al.*, No. 14-CV-04711-JG-VVP

Dear Judge Gleeson:

During last Friday's hearing, your Honor inquired about a couple of dates relating to Qantas' criminal plea and its settlement with the MDL class. This letter provides those and a few additional, related, dates:

- November 27, 2007: The DOJ announces that Qantas will plead guilty to certain antitrust violations;
- January 14, 2008: Qantas pleads guilty and final judgment is entered in the U.S. District Court for the District of Columbia (Case No. 07-cr-00322);
- January 19, 2011: The motion for preliminary approval of the settlement between Qantas and class plaintiffs ("Settlement") is filed;
- January 21, 2011: The Court grants preliminary approval for the Settlement;
- May 24, 2011: Schenker AG opts-out of the Settlement (Compl. ¶ 5);
- August 4, 2011: The Court grants final approval for the Settlement.

We hope that this information is helpful and we would be pleased to answer any other questions the Court may have.

Sincerely,

/s/ W. Todd Miller

W. Todd Miller

Cc: James Calder, Mary Ellen Hennessy, Sheldon Zenner, Mark Ciani, Thomas Peabody (Counsel for Schenker AG) (via ECF)