# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone 212 903 9000
Facsimile 212 903 9100
Direct Line 212 903 9028
james.warnot@linklaters.com

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**BY ECF**

August 26, 2015

**Re: Schenker AG v. Société Air France et al., No. 14-CV-04711 (JG) (VVP)**

Dear Judge Pohorelsky:

On behalf of defendants Société Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V. (collectively, the "AF-KLM Defendants"), I write to notify the Court of a further development in proceedings before the Amsterdam District Court (the "Dutch Action" before the "Dutch Court"), which were referenced in the AF-KLM Defendants' Motion to Dismiss Plaintiff's Complaint. *See* Docket No. 53 at 7.

On July 24, 2015, I wrote to inform you that the Dutch Court denied the motion filed by Schenker AG and its affiliates (collectively, "Schenker") to dismiss the Dutch Action on jurisdictional and other grounds. *See* Docket No. 66. On July 27, 2015, Schenker AG wrote to inform you that it had filed a request to appeal the Dutch Court's decision. *See* Docket No. 67.

Today, the Dutch Court notified the parties that Schenker's request for an appeal has been denied. A copy of the court's letter, and an unofficial translation thereof, is attached as Exhibit A.

Respectfully submitted,

James R. Warnot, Jr.

cc: All Counsel of Record (via ECF)

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.