UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (BMC) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

THIS CAUSE came before the Court on Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Air China Limited and Air China Cargo Company Limited ("Air China"), filed February 5, 2016. Plaintiffs have entered into a settlement agreement, dated February 4, 2016 ("Settlement Agreement") with Air China. The Court, having reviewed the notice of motion, the Declaration of Hollis Salzman in Support of Plaintiffs' Motion for Preliminary Approval of Settlement With Defendants Air China Limited and Air China Cargo Company Limited, dated February 5, 2016, the accompanying memorandum of law, the Settlement Agreement, and the file, hereby:

**ORDERS AND ADJUDGES:**

1. Terms used in this Order that are defined in the Settlement Agreement are, unless otherwise defined herein, used in this Order as defined in the Settlement Agreement.

<u>Preliminary Approval of Settlement Agreement</u>

2. The terms of the Settlement Agreement are hereby preliminarily approved, including the releases contained therein, as being fair, reasonable, and adequate to the Class, subject to the Fairness Hearing described below. The Court finds that the Settlement Agreement was entered into at arm's-length by highly experienced counsel and is sufficiently within the range of reasonableness that notice of the Settlement Agreement should be given as provided in

this Order.

## Notice to Class Members

4. At a later date, Class Counsel shall submit to the Court for approval a notice plan for purposes of advising Class Members, among other things, of their right to object to the Settlement Agreement, the procedure for submitting objections, the time, date, and location of the Fairness Hearing, and their right to appear at the Fairness Hearing.

## Settlement Administration

5. To effectuate the Settlement Agreement and the Notice provisions, the Court hereby approves The Garden City Group as the Claims Administrator ("Administrator") to be responsible for: (a) establishing a P.O. Box and website (to be included in the Notice of Settlement of Class Action) for the purpose of communicating with Class Members; (b) disseminating Notice to the Class; and (c) accepting and maintaining documents sent from Class Members.

6. The Court approves Class Counsel's designation of Citibank, N.A. as Escrow Agent pursuant to the Escrow Agreement.

## Other Provisions

7. In the event that the Settlement Agreement is terminated in accordance with its provisions, the Settlement Agreement and all proceedings had in connection therewith shall be null and void, except insofar as expressly provided to the contrary in the Settlement Agreement, and without prejudice to the status quo ante rights of plaintiffs, Air China, and Class Members.

8. This order is without prejudice to the non-settling defendants seeking relief from the Court and an opportunity for briefing to the extent that this settlement attempts to deprive such defendants of information to which they otherwise would be entitled under the Federal

Rules.

**IT IS SO ORDERED.**

DATED: <u>Feb. 18, 2016</u>                    _____

                                                                Brian M. Cogan, U.S.D.J.

Conformed copies furnished to:
Counsel of Record